# EXHIBIT "A"

# SUPERIOR COURT OF CATOOSA COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000789**

SEP 06, 2024 12:36 PM

*Tracy Brown*
Tracy Brown, Clerk
Catoosa County, Georgia

CIVIL ACTION NUMBER SUCV2024000789

English, Kristy

**PLAINTIFF**

VS.

Gabriel Brothers, Inc., DBA a/k/a Gabe's, a/k/a Mountaineer Holdings Corporation
Mazolla, Jason
Bruce, Jeffery
Doe, John

**DEFENDANTS**

## SUMMONS

TO: GABRIEL BROTHERS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jawand Reed**
> **Reed Thomas Law Group**
> **PO Box 1798**
> **Pine Lake, Georgia 30072**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of September, 2024.**

Clerk of Superior Court

*Tracy Brown*
Tracy Brown, Clerk
Catoosa County, Georgia

Page 1 of 1

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000789**
SEP 06, 2024 12:36 PM

Tracy Brown, Clerk
Catoosa County, Georgia

IN THE SUPERIOR COURT OF CATOOSA COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KRISTY ENGLISH, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL BROTHERS, INC., a/k/a GABE'S, a/k/a MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, JEFFRY BRUCE, and JOHN DOE, <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: _____ <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW KRISTY ENGLISH, Plaintiff (hereinafter "Plaintiff"), and makes and files this complaint against Defendant GABRIEL BROTHERS, INC. A/K/A GABE'S A/K/A MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, in his official capacity as CEO and JEFFRY BRUCE, in his official capacity Secretary (hereinafter "Defendant") as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff resides at 182 Wilma Drive, Jasper, Tennessee 37341, and submits herself subject to the jurisdiction of this court.

2.

Upon information and belief, Defendants GABRIEL BROTHERS, INC. A/K/A GABE'S A/K/A MOUNTAINEER HOLDINGS CORPORATION (hereinafter "Defendant GABE'S"), is a foreign limited liability company operating under the laws of Georgia, initially domesticated in West Virginia, with its principal place of business in West Virginia and may be served through its registered agent C.T. Corporation System at 289 Culver Street, Lawrenceville, Georgia 30046 and is subject to the jurisdiction of this court.

3.

Defendant, JASON MAZZOLA (hereinafter "Defendant MAZZOLA") is CEO of GABRIEL BROTHERS, INC. A/K/A GABE'S A/K/A MOUNTAINEER HOLDINGS CORPORATION a foreign limited liability company operating under the laws of Georgia, and can be served in his official capacity as CEO through its registered agent C.T. Corporation System at 289 Culver Street, Lawrenceville, Georgia 30046 and is subject to the jurisdiction of this court.

4.

Defendant, JEFFRY BRUCE, (hereinafter "Defendant BRUCE") is Secretary of GABRIEL BROTHERS, INC. A/K/A GABE'S A/K/A MOUNTAINEER HOLDINGS CORPORATION a foreign limited liability company operating under the laws of Georgia, and can be served in his official capacity as Secretary through its registered agent C.T. Corporation System at 289 Culver Street, Lawrenceville, Georgia 30046 and is subject to the jurisdiction of this court.

5.

Defendant, JOHN DOE (hereinafter "Defendant DOE") is unknown at this time and may be identified by a supplemental Amended Complaint upon further investigation.

6.

The incident is question occurred in Catoosa County, Georgia therefore, jurisdiction and venue are proper in this court.

## BACKGROUND

7.

On or about September 15, 2022, Plaintiff was an invitee at Gabe's, located at 791 Battlefield Parkway, Fort Oglethorpe, Georgia 30742 (hereinafter "the premises").

8.

Plaintiff slipped and fell on a hazardous white substance on the floor while leaving a cash register located on the premises.

9.

There were no warnings in the area regarding the hazardous white substance.

10.

Defendant had exclusive ownership, possession and control over the premises at all times relevant to this litigation.

11.

As a result of Plaintiff's fall, she suffered severe and painful lasting physical injuries, extensive medical expenses, mental and emotional suffering, future damages, an impairment to her ability to earn her previous income and lost wages.

## COUNT I
## PREMISES LIABILITY

12.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 11 above as if fully restated.

13.

Plaintiff was an invitee on the premises at the time of the fall.

14.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

15.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazardous condition, in failing to give notice to guest of the hazardous condition, in failing to take adequate measures to protect invitees from the hazard and in failing to keep the premises safe for invitees.

16.

Defendant knew or should have known that the hazard, by and through their employees, who were on the vicinity of the hazard, failed to remove the hazard and failed to warn invitees, such as Plaintiff, of its existence.

17.

Plaintiff did not know and could not reasonably have learned of the danger posed by the hazardous white substance.

18.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

19.

Defendant's negligence caused Plaintiff special damages in the amount of $143,000.00, punitive damages in the amount of $1,000,000.00 and further damages by which Plaintiff is entitled to a judgment against Defendant which should be determined by this Court at trial.

## COUNT II
## VICARIOUS LIABILITY

20.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 19 above as if fully restated.

21.

At all times relevant to this action, the individuals responsible for inspecting and maintaining the area where Plaintiff fell were employed by Defendant and were acting within the scope of their employment.

22.

Defendants are responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency or apparent agency.

23.

Defendant's vicarious liability caused Plaintiff special damages in the amount of $143,000.00, punitive damages in the amount of $1,000,000.00 and further damages by which Plaintiff is entitled to a judgment against Defendant which should be determined by this Court at trial.

## COUNT III

## NEGLIGENT TRAINING & SUPERVISION

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections for hazardous conditions were performed on the premises and in failing to train its employees concerning safety procedures for inspecting and maintaining the premises.

26.

Defendant was negligent in the training and supervising of its staff.

27.

As a result of Defendant's negligence in training and supervising its employees, Plaintiff was injured on the premises.

28.

Defendant's negligent training and supervision caused Plaintiff special damages in the amount of $143,000.00, punitive damages in the amount of $1,000,000.00 and further damages by which Plaintiff is entitled to a judgment against Defendant which should be determined by this Court at trial.

## COUNT IV

## ATTORNEY'S FEES

29.

Plaintiff reassert the above, as if fully set forth herein.

30.

Defendant has been stubbornly litigious, has acted in bad faith, and has put Plaintiff through the unnecessary trouble and expense of litigation, entitling Plaintiff to attorney's fees and expenses of litigation pursuant to O.C.G.A. §13-6-11.

31.

Plaintiffs are entitled to a judgment of attorney's fees and all appropriate costs against Defendant in an amount determined at trial.

WHEREFORE, Plaintiff prays that she have a trial on all issues and judgment against Defendant as follows:

(a) That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That Plaintiff recover such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

This 6th day of September, 2024.

REED THOMAS LAW GROUP

/s/ Ja'Wand Joi Reed
Ja'Wand Joi Reed, Esq.
Georgia Bar No.: 358725
Attorney for Plaintiff

1705 HWY 138, S.E., #81525
Conyers, GA 30013
P: 770-884-8160
F: 866-639-0337
Direct email: jreed@reedthomaslaw.com
Service Address: admin@reedthomaslaw.com

⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000789**
SEP 06, 2024 12:36 PM

Tracy Brown, Clerk
Catoosa County, Georgia

## IN THE SUPERIOR COURT OF CATOOSA COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KRISTY ENGLISH,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL BROTHERS, INC., a/k/a GABE'S, a/k/a MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, JEFFRY BRUCE, and JOHN DOE,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO.: _____<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

COMES NOW, Plaintiff, Kristy English, by and through the undersigned Counsel and pursuant to O.C.G.A. § 9-11-4(c) and shows this Court that expedited service of Plaintiff's verified Complaint for Damages upon Defendants GABRIEL BROTHERS, INC., a/k/a GABE'S, a/k/a MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, JEFFERY BRUCE and JOHN DOE is necessary and requests the appointment of a special process server to serve Defendant as authorized under the law.

Kyle Hudson is a citizen of the United States and over the age of eighteen (18) years; he is not a party or representative of any party in this action; he has never been convicted of a felony; he has no interest as to the outcome of this case; his appointment as special process server will expedite the service of process on Defendants; the commencement of this lawsuit, and the

administration of justice; and his appointment as a special process server will serve the interests of justice. The Affidavit of Kyle Hudson is attached hereto as Exhibit "A".

WHEREFORE, Plaintiff moves this Court for an Order appointing Kyle Hudson to serve Defendants GABRIEL BROTHERS, INC., a/k/a GABE'S, a/k/a MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, JEFFERY BRUCE and JOHN DOE with process, and to make a return on those services pursuant to O.C.G.A. § 9-11-4(c).

This 6th day of September, 2024.

**REED THOMAS LAW GROUP**
/s/ Ja'Wand Joi Reed,
Ja'Wand Joi Reed, Esq.
Georgia Bar No.: 358725
Attorney for Plaintiff

1705 HWY 138, S.E., #81525
Conyers, GA 30013
P: 770-884-8160
F: 866-639-0337
Direct email: jreed@reedthomaslaw.com
Service Address: admin@reedthomaslaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000789**

SEP 09, 2024 04:20 PM

Tracy Brown, Clerk
Catoosa County, Georgia

## IN THE SUPERIOR COURT OF CATOOSA COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KRISTY ENGLISH, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL BROTHERS, INC., a/k/a GABE'S, a/k/a MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, JEFFRY BRUCE, and JOHN DOE, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: 2024 SUCV 789 <br><br> JURY TRIAL DEMANDED |

### PROPOSED ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER

The above-styled Plaintiff having filed a Motion to Specially Appoint Process Sercer and an affidavit of Kyle Hudson in support of that Motion pursuant to O.C.G.A. § 9-11-4 (c), and this Court having reviewed and considered Plaintiff's Motion,

**NOW THEREFORE**, it is hereby ORDERED that Plaintiff's Motion to Specially Appoint Process Server is granted, and **Kyle Hudson** is hereby appointed Special Process Server to serve Defendants GABRIEL BROTHERS, INC., a/k/a GABE'S, a/k/a MOUNTAINEER HOLDINGS CORPORATION, JASON MAZZOLA, JEFFERY BRUCE and JOHN DOE, with a copy of the verified Complaint for Damages, Summons, and General Civil Case Initiation Form, and to make a return on that service pursuant to O.C.G.A § 9-11-4 (c).

SO ORDERED this ____9____ of September, 2024.

_____
Judge, Superior Court of Catoosa County

Prepared and Presented By:

_____
Ja'Wand Joi Reed, Esq.
Attorney for Plaintiff
REED THOMAS LAW GROUP, LLC
1708 Highway 138, #81525
Conyers, Georgia 30013
Email: jreed@reedthomaslaw.com

## SUPERIOR COURT OF CATOOSA COUNTY
## STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA

**SUCV2024000789**

SEP 06, 2024 12:36 PM

*Tracy Brown*
Tracy Brown, Clerk
Catoosa County, Georgia

CIVIL ACTION NUMBER  SUCV2024000789

English, Kristy

_____

**PLAINTIFF**

VS.

Gabriel Brothers, Inc., DBA a/k/a Gabe's,
a/k/a Mountaineer Holdings Corporation
Mazolla, Jason
Bruce, Jeffery
Doe, John

_____

**DEFENDANTS**

### SUMMONS

TO: BRUCE, JEFFERY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Jawand Reed**
**Reed Thomas Law Group**
**PO Box 1798**
**Pine Lake, Georgia 30072**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of September, 2024.**

Clerk of Superior Court

*Tracy Brown*
Tracy Brown, Clerk
Catoosa County, Georgia

Page 1 of 1

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000789**

SEP 13, 2024 04:11 PM

Tracy Brown, Clerk
Catoosa County, Georgia

# IN THE SUPERIOR COURT OF CATOOSA COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **KRISTY ENGLISH,** ) | |
| ) | CIVIL ACTION |
| **Plaintiff,** ) | FILE NO: SUCV2024000789 |
| ) | |
| V. ) | |
| ) | |
| **GABRIEL BROTHERS, INC. a/k/a** ) | |
| **GABE'S, a/k/a MOUNTAINEER** ) | |
| **HOLDINGS CORPORATION,** ) | |
| **JASON MAZZOLA, JEFFRY BRUCE,** ) | |
| **and JOHN DOE,** ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF SERVICE

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of <u>KYLE HUDSON</u> (Server), who after first being duly sworn, and states:

1. My name is KYLE HUDSON, and I am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above-styled action and am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and I am over age twenty-one (21). I have been specially appointed as a Process Server in the Superior Court of Catoosa County and have been assigned to perfect service of process of the Summons, Complaint, Motion to Appoint Process Server, and Order Specially Appointing Process Server upon Gabriel Brothers, Inc. a/k/a Gabe's, the above-named defendant.

3. On Thursday, September 12th, 2024, at approx. 2:50 p.m. at the 289 Culver Street, Lawrenceville, GA 30046 address (CT Corporation System), I personally served Summons, Complaint, Motion to Appoint Process Server, and Order Specially Appointing Process Server upon Gabriel Brothers, Inc. a/k/a Gabe's, the above-named defendant by placing said documents in the hands of a woman (a white female who accepted the service documents and identified herself as Linda Banks, Intake Specialist for CT Corp, the registered agent).

This 12th day of September 2024.

_____
Signature
Kyle Hudson
Printed Name of Process Server

Sworn to and subscribed before me
This the __12th____day of September 2024.

_____
Notary Public, My Commission expires on __2-21-26__

[Notary Seal: KIMBERLY G. BLACKWELL, Notary Public, Georgia, DeKalb County, My Commission Expires 2/21/26]

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2024000789**
SEP 13, 2024 04:11 PM

Tracy Brown, Clerk
Catoosa County, Georgia

# IN THE SUPERIOR COURT OF CATOOSA COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **KRISTY ENGLISH,** )<br>)<br>    **Plaintiff,** )<br>)<br>V. )<br>)<br>**GABRIEL BROTHERS, INC. a/k/a** )<br>**GABE'S, a/k/a MOUNTAINEER** )<br>**HOLDINGS CORPORATION,** )<br>**JASON MAZZOLA, JEFFRY BRUCE,** )<br>**and JOHN DOE,** )<br>)<br>    **Defendants.** ) | CIVIL ACTION<br>FILE NO: SUCV2024000789 |

## AFFIDAVIT OF SERVICE

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of <u>KYLE HUDSON</u> (Server), who after first being duly sworn, and states:

1. My name is KYLE HUDSON, and I am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above-styled action and am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and I am over age twenty-one (21). I have been specially appointed as a Process Server in the Superior Court of Catoosa County and have been assigned to perfect service of process of the Summons, Complaint, Motion to Appoint Process Server, and Order Specially Appointing Process Server upon Summons, Complaint, Motion to Appoint Process Server, and Order Specially Appointing Process Server upon Mountaineer Holdings Corporation, the above-named defendant, the above-named defendant.

3. On Thursday, September 12th, 2024, at approx. 2:50 p.m. at the 289 Culver Street, Lawrenceville, GA 30046 address (CT Corporation System), I personally served Summons, Complaint, Motion to Appoint Process Server, and Order Specially Appointing Process Server upon Mountaineer Holdings Corporation, the above-named defendant by placing said documents in the hands of a woman (a white female who accepted the service documents and identified herself as Linda Banks, Intake Specialist for CT Corp, the registered agent).



This 12th day of September 2024.

_____
Signature
Kyle Hudson
Printed Name of Process Server

Sworn to and subscribed before me
This the __12th__ ___day of September 2024.

_____
Notary Public, My Commission expires on __2-21-26__